UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| KIMBERLY HAYES,<br>        Plaintiff,<br>v.<br>CAROLYN W. COLVIN, Acting Commissioner<br>of Social Security,<br>        Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:15-CV-253-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiffs objections to the M&R [D.E. 26] are OVERRULED, plaintiffs motion for judgment on the pleadings [D.E. 17] is DENIED, defendant's motion for summary judgment [D.E. 19] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED. The clerk shall close the case.

**This Judgment Filed and Entered on August 11, 2016, and Copies To:**

Brian M. Ricci                                                  (via CM/ECF Notice of Electronic Filing)

Marc D. Epstein                                        (via CM/ECF Notice of Electronic Filing)

DATE:                                  JULIE RICHARDS JOHNSTON, CLERK

August 11, 2016                      (By) /s/ Nicole Briggeman
                                                           Deputy Clerk